IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUCY CALTON, TERETHA SPANN, and CHAKA FORD, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:24-CV-787-RAH |
| MCBH, LLC d/b/a MEDICAL CENTER BARBOUR, ALLIANT MANAGEMENT SERVICES, INC., and THE HEALTH CARE AUTHORITY OF THE CITY OF EUFAULA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 25, 2025, Plaintiffs filed their *Notice of Voluntary Dismissal Without Prejudice* pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 22.) Rule 41(a)(1)(A)(i) permits voluntary dismissal by a plaintiff "before the opposing party serves either an answer or a motion for summary judgment[.]" Under Rule 41(a)(1)(B), such dismissal is "without prejudice."

Because the notice of dismissal comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against the named defendants

1

have been dismissed by operation of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED** as follows:

1. The Plaintiffs' Complaint (doc. 1-2) is **DISMISSED WITHOUT PREJUDICE**;

2. All pending motions (docs. 7, 8) are **DENIED** as moot; and

3. All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** on this the 25th day of March 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE